(106 So. 798)
#### Otto YORK v. STATE. (6 Div. 560.)

(Supreme Court of Alabama. Nov. 19, 1925. Rehearing Denied Jan. 21, 1926.)

Certiorari to Court of Appeals.

W. E. James, of Cullman, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Otto York for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in York v. State, 106 So. 797.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.